Order issued November 14 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01437-CV

## IN RE KIELLE MCNEAL, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F08-47896-L**

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

KERRY P. FITZGERALD
JUSTICE